| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**
Central Florida Construction Group, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**
82-0724771

**4. Debtor's address**

Principal place of business
6250 NW 75th Ave.
Chiefland, FL 32626
Number, Street, City, State & ZIP Code

Levy
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Central Florida Construction Group, Inc.**    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Debtor **Central Florida Construction Group, Inc.**  Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Central Florida Construction Group, Inc.**  Case number (*if known*)
      Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Central Florida Construction Group, Inc.**  Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2025
             MM / DD / YYYY

X _____  **Michael J. Graham**
  Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X _____  Date  3/3/2025
  Signature of attorney for debtor                    MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**   Email address  **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Central Florida Construction Group, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Clyde Johnson Roofing** <br> **PO Box 216** <br> **Clewiston, FL 33440** | | | **Disputed** | | | $0.00 |
| **Debra Weeks** <br> **6250 NW 75th Ave.** <br> **Chiefland, FL 32626** | | **Note Payable** | | | | $34,700.00 |
| **ESA South, Inc.** <br> **1681 Success Drive** <br> **Cantonment, FL 32533** | | **Trade Debt** | **Disputed** | | | $0.00 |
| **Glass Ventures, Inc.** <br> **2513 Jenks Ave.** <br> **Panama City, FL 32405** | | **Trade Debt** | **Disputed** | | | $513,608.85 |
| **Kever McGee Engineering** <br> **1624 Metropolitan Blvd.** <br> **Suite A** <br> **Tallahassee, FL 32308** | | | | | | $15,080.00 |
| **Nationwide Mutual Insurance Company** <br> **1100 Locust Street** <br> **Dept 2006** <br> **Des Moines, IA 50391** | | **Personal Property** | | $513,501.30 | $0.00 | $513,501.30 |
| **Roof Technology Partners, LLC** <br> **323 Bell Park Drive** <br> **Woodstock, GA 30188** | | **Trade Debt** | **Disputed** | | | $0.00 |

Debtor **Central Florida Construction Group, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Seacoast Credit Card c/o Elan Financial Services PO Box 790408 Saint Louis, MO 63179** | | **Credit Card** | | | | $2,044.89 |
| **Seacoast Credit Card c/o Elan Financial Services PO Box 790408 Saint Louis, MO 63179** | | **Credit Card** | | | | $1,938.18 |
| **Seacoast Credit Card c/o Elan Financial Services PO Box 790408 Saint Louis, MO 63179** | | **Credit Card** | | | | $1,598.13 |
| **Seacoast Credit Card c/o Elan Financial Services PO Box 790408 Saint Louis, MO 63179** | | **Credit Card** | | | | $1,113.73 |
| **Seacoast Credit Card c/o Elan Financial Services PO Box 790408 Saint Louis, MO 63179** | | **Credit Card** | | | | $2,157.17 |
| **Sunbelt Rentals 2341 Deerfield Dr. Fort Mill, SC 29715** | | | | | | $17,022.83 |
| **The Ohio Casualty Insurance Company aka Liberty Mutual PO Box 34526 Seattle, WA 98124** | | **Personal Property** | **Disputed** | **Unknown** | $0.00 | **Unknown** |
| **Thompson Tractor 4109 Cato Road Panama City, FL 32404** | | | | | | $9,432.67 |
| **Tri-County Metals 301 SE 16th Street Trenton, FL 32693** | | | | | | $41,541.35 |

Debtor **Central Florida Construction Group, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration**<br>**2 North Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | | **Personal Property** | | **Unknown** | **$0.00** | **Unknown** |
| **United Rentals**<br>**100 Myrick Street**<br>**Pensacola, FL 32505** | | | | | | **$31,015.71** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Central Florida Construction Group, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                             $  **26,738.00**  
   Prior to the filing of this statement I have received              $  **26,738.00**  
   Balance Due                                                                           $           **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/03/2025  
Date

**Justin M. Luna 0037131**  
*Signature of Attorney*  
**Latham Luna Eden & Beaudine LLP**  
**201 S. Orange Avenue**  
**Suite 1400**  
**Orlando, FL 32801**  
**(407) 481-5800  Fax: (407) 481-5801**  
jluna@lathamluna.com  
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Florida

In re   Central Florida Construction Group, Inc.
            Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael J. Graham<br>6250 NW 75th Ave.<br>Chiefland, FL 32626 | | 100% | President |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    2-28-2025        Signature  _Michael J. Graham_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Florida**

In re  __Central Florida Construction Group, Inc.__                                   Case No. _____
                                                            Debtor(s)                 Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __2-28-2025__

Michael J. Graham/President
Signer/Title

| | | |
|---|---|---|
| Central Florida Construction Group, Inc.<br>6250 NW 75th Ave.<br>Chiefland, FL 32626 | Kever McGee Engineering<br>1624 Metropolitan Blvd.<br>Suite A<br>Tallahassee, FL 32308 | The Ohio Casualty Insurance Com<br>aka Liberty Mutual<br>PO Box 34526<br>Seattle, WA 98124 |
| Justin M. Luna<br>Latham Luna Eden & Beaudine LLP<br>201 S. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | Nationwide Mutual Insurance Company<br>1100 Locust Street<br>Dept 2006<br>Des Moines, IA 50391 | Thompson Tractor<br>4109 Cato Road<br>Panama City, FL 32404 |
| Beggs & Lane RLLP<br>Joe Passeretti<br>501 Commendencia St.<br>Pensacola, FL 32502 | Roof Technology Partners, LLC<br>323 Bell Park Drive<br>Woodstock, GA 30188 | Tri-County Metals<br>301 SE 16th Street<br>Trenton, FL 32693 |
| Clyde Johnson Roofing<br>PO Box 216<br>Clewiston, FL 33440 | Seacoast Credit Card<br>c/o Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 |
| Debra Weeks<br>6250 NW 75th Ave.<br>Chiefland, FL 32626 | Seacoast Credit Card<br>c/o Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | United Rentals<br>100 Myrick Street<br>Pensacola, FL 32505 |
| ESA South, Inc.<br>1681 Success Drive<br>Cantonment, FL 32533 | Seacoast Credit Card<br>c/o Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | |
| Glass Ventures, Inc.<br>2513 Jenks Ave.<br>Panama City, FL 32405 | Seacoast Credit Card<br>c/o Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | |
| Hendrick, Phillips, Salzman & Seigel PC<br>230 Peachtree St NW<br>Suite 2500<br>Atlanta, GA 30303 | Seacoast Credit Card<br>c/o Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | |
| Holtzman Vogel<br>1195 S Monroe St.<br>Suite 500<br>Tallahassee, FL 32301 | Sunbelt Rentals<br>2341 Deerfield Dr.<br>Fort Mill, SC 29715 | |

**United States Bankruptcy Court**
**Northern District of Florida**

In re   Central Florida Construction Group, Inc.                              Case No.
                                              Debtor(s)                        Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Central Florida Construction Group, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

3-3-2025

Date

Justin M. Luna 0037131
Signature of Attorney or Litigant
Counsel for   Central Florida Construction Group, Inc.
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801
(407) 481-5800 Fax:(407) 481-5801
jluna@lathamluna.com