United States Bankruptcy Court
Northern District of Florida

| | |
|---|---|
| In re: | Case No. 25-10051-KKS |
| Central Florida Construction Group, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2025 | Form ID: b309f2 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 2606290 | + | Arkel International, LLC, 1055 Convention Street, Baton Rouge, LA 70802-4771 |
| 2606291 | + | Sebulon Group LLC, 506 Waycross Ave, Pensacola, FL 32507-1426 |
| 2606292 | | Yerkes South Inc. of Eglin AFB, FL, 567 Inverness Rd., Eglin AFB, FL 32542 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adisley Cortez-Rodriguez | on behalf of U.S. Trustee United States Trustee adisley.m.cortez-rodriguez@usdoj.gov |
| Justin M. Luna | on behalf of Debtor Central Florida Construction Group Inc. bknotice@lseblaw.com, jluna@lathamluna.com;ataylor@lathamluna.com;dvelasquez@lathamluna.com;bknotice1@lathamluna.com |
| Katherine C Kerwin | on behalf of Creditor United States Small Business Administration katherine.kerwin@usdoj.gov Marsha.S.Francis@usdoj.gov;caseview.ecf@usdoj.gov;Kristina.Bennett@usdoj.gov;yvonne.kitchens@usdoj.gov |
| Kathleen L DiSanto | disanto.trustee@bushross.com kdisanto@bushross.com;bankruptcy.eservice@bushross.com;ecf.alert+disantoflnb@titlexi.com;kdisanto@ecf.courtdrive.com |
| Michael Austen Wynn | |

District/off: 1129-1                                 User: admin                                                Page 2 of 2
Date Rcvd: Apr 01, 2025                              Form ID: b309f2                                            Total Noticed: 3

                              on behalf of Creditor Glass Ventures  Inc. michael@wynnlaw-fl.com,
                              wynn.michaelr88702@notify.bestcase.com;katrina@wynnlaw-fl.com;heather@burgwynn.com

United States Trustee
                              USTPRegion21.TL.ECF@usdoj.gov

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Central Florida Construction Group, Inc.** <br> Name | EIN **82–0724771** |
| United States Bankruptcy Court **Northern District of Florida** <br> Case number: **25–10051–KKS** | | Date case filed for chapter **11  March 3, 2025** |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. Visit www.flnb.uscourts.gov/filing-without-attorney for information about free and reduced rate legal services.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov. To register for the Electronic Bankruptcy Noticing program go to https://bankruptcynotices.uscourts.gov/.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Central Florida Construction Group, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6250 NW 75th Ave. <br> Chiefland, FL 32626 | |
| 4. | **Debtor's attorney** <br> Name and address | Justin M. Luna <br> Latham, Luna, Eden & Beaudine, LLP <br> 201 S. Orange Avenue <br> Suite 1400 <br> Orlando, FL 32801 | Contact phone  407–481–5800 <br><br> Email:  bknotice@lseblaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Kathleen L DiSanto <br> Bush Ross, P.A. <br> PO Box 3913 <br> Tampa, FL 33601–3913 | Contact phone  813–224–9255 <br><br> Email:  disanto.trustee@bushross.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 110 E. Park Ave., Ste. 100 <br> Tallahassee, FL 32301 | Hours open: <br> 9:00am – 4:00pm <br><br> Contact phone  (866) 639–4615 <br><br> Date: April 1, 2025 |

**For more information, see page 2 >**

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)     **Notice of Chapter 11 Bankruptcy Case**     page 1

Debtor **Central Florida Construction Group, Inc.**                                      Case number **25-10051-KKS**

| 7. **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 14, 2025 at 11:00 AM ET** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Meeting will be telephonic. Dial (877), 835-0364 and enter 4662459, when prompted for participation code.** |
|---|---|---|
| 8. **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | May 12, 2025 |
| | **For a governmental unit:** | September 2, 2025 |
| | A proof of claim is a signed statement describing a creditor's claim. An electronic version of the Proof of Claim can be filed via this Court's website at https://ecf.flnb.uscourts.gov/cgi-bin/autoFilingClaims.pl or a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. **IMPORTANT: Your mailing and contact information must be kept current to receive payments on your proof of claim.** If you need to notify the court of an address change, use FLNB Local Form 11, Notice of Change of Address for Creditor, available on our website at http://www.uscourts.gov/forms. | | |
| 9. **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** | June 13, 2025 |
| 10. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |