**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**In re:**

**CENTRAL FLORIDA CONSTRUCTION GROUP, INC.,**

**CASE NO. 25-10051-KKS**

**CHAPTER 11**

*Subchapter V Election*

**Debtor.**
_____/

**CERTIFICATE OF SERVICE**

      I certify that a copy of the **NOTICE OF FINAL EVIDENTIARY HEARING (Doc No. 34)** has been served on April 9, 2025: (i) to all filing users through the CM/ECF filing system; and (ii) by certified United States mail and/or e-mail to: **Central Florida Construction Group, Inc.**, 6250 NW 75th Ave., Chiefland, Florida 32626; **U.S. Small Business Administration,** 2 North Street, Suite 320, Birmingham, AL 35203; **U.S. Small Business Administration, c/o Garrett Remick Lenox**, Paralegal Specialist, 200 W. Santa Ana Blvd., Suite 740, Santa Ana, CA 92701, garrett.lenox@sba.gov; **Attorney General of the United States of America, U.S. Department of Justice**, 950 Pennsylvania Avenue, NW, Washington D.C. 20530-0001, **U.S. Small Business Administration, c/o Civil Processing Clerk,** U.S. Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, Florida 32801; **The Ohio Casualty Insurance Company,** PO Box 34526, Seattle, WA 98124; **Nationwide Mutual Insurance Company,** 1100 Locust Street, Dept. 2006, Des Moines, IA 50391; **U.S. Trustee,** 110 E. Park Avenue, Suite 128, Tallahassee, Florida 32301; and to non-filers on the Local Rule 1007-2 Parties in Interest List as listed on the mailing matrix attached hereto.

                                                           */s/ Justin M. Luna*
                                                           **Justin M. Luna, Esq.**
                                                           Florida Bar No. 0037131
                                                           jluna@lathamluna.com
                                                           **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
                                                           Bknotice1@lathamluna.com
                                                           201 S. Orange Ave., Suite 1400
                                                           Orlando, Florida 32801
                                                           Telephone: 407-481-5800
                                                           Fax: 407-481-5801
                                                           *Attorney for the Debtor*