**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**In re:**

**CENTRAL FLORIDA CONSTRUCTION GROUP, INC.,**

**CASE NO. 25-10051-KKS**

**CHAPTER 11**

*Subchapter V Election*

**Debtor.**
_____/

**CERTIFICATE OF SERVICE**

I certify that a copy of the **Order Granting Motion to Extend Deadline to File Schedules or Provide Required Information (Doc No. 29)** has been served on April 9, 2025: (i) to all filing users through the CM/ECF filing system; and (ii) by United States mail and/or e-mail to: **Central Florida Construction Group, Inc.**, 6250 NW 75th Ave., Chiefland, Florida 32626; **U.S. Trustee,** 110 E. Park Avenue, Suite 128, Tallahassee, Florida 32301; and to non-filers on the Local Rule 1007-2 Parties in Interest List as listed on the mailing matrix attached hereto.

/s/ *Justin M. Luna*
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Fax: 407-481-5801
*Attorney for the Debtor*