| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 25-10051-KKS<br>Northern District of Florida<br>Gainesville<br>Wed Apr  9 13:34:26 EDT 2025 | Central Florida Construction Group, Inc.<br>6250 NW 75th Ave.<br>Chiefland, FL 32626-5954 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Glass Ventures, Inc.<br>Wynn & Associates PLLC<br>430 W 5th Street<br>Suite 400<br>Panama City, Fl 32401-6357 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | United States Small Business Administration<br>111 North Adams St.<br>4th Floor<br>Tallahassee, FL 32301-7730 | *Clyde Johnson Roofing<br>PO Box 216<br>Clewiston, FL 33440-0216 |
| *Debra Weeks<br>6250 NW 75th Ave.<br>Chiefland, FL 32626-5954 | *ESA South, Inc.<br>1681 Success Drive<br>Cantonment, FL 32533-5103 | *Glass Ventures, Inc.<br>2513 Jenks Ave.<br>Panama City, FL 32405-4309 |
| *Kever McGee Engineering<br>1624 Metropolitan Blvd.<br>Suite A<br>Tallahassee, FL 32308-3729 | *Nationwide Mutual Insurance Company<br>1100 Locust Street<br>Dept 2006<br>Des Moines, IA 50391-2006 | *Roof Technology Partners, LLC<br>323 Bell Park Drive<br>Woodstock, GA 30188-1663 |
| *Seacoast Credit Card<br>c/o Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | (p)SUNBELT RENTALS INC<br>ATTN BETH MONTGOMERY<br>1799 INNOVATION POINT<br>FORT MILL SC 29715-4556 | *The Ohio Casualty Insurance Company<br>aka Liberty Mutual<br>PO Box 34526<br>Seattle, WA 98124-1526 |
| *Thompson Tractor<br>4109 Cato Road<br>Panama City, FL 32404-9716 | *Tri-County Metals<br>301 SE 16th Street<br>Trenton, FL 32693-3349 | *U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 |
| *United Rentals<br>100 Myrick Street<br>Pensacola, FL 32505-8018 | Arkel International, LLC<br>1055 Convention Street<br>Baton Rouge, LA 70802-4771 | Beggs & Lane RLLP<br>Joe Passeretti<br>501 Commendencia St.<br>Pensacola, FL 32502-5953 |
| Hendrick, Phillips, Salzman & Seigel PC<br>230 Peachtree St NW<br>Suite 2500<br>Atlanta, GA 30303-1515 | Holtzman Vogel<br>1195 S Monroe St.<br>Suite 500<br>Tallahassee, FL 32301 | Sebulon Group LLC<br>506 Waycross Ave<br>Pensacola, FL 32507-1426 |
| Sunbelt Rentals, Inc.<br>1275 W. Mound Street<br>Columbus, OH 43223-2213 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | Yerkes South Inc. of Eglin AFB, FL<br>567 Inverness Rd.<br>Eglin AFB, FL 32542 |

| | | |
|---|---|---|
| United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | United States Attorney General +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 |
| Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Justin M. Luna +<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S.  Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-3483 | Michael Austen Wynn +<br>Wynn & Associates PLLC<br>430 W 5th Street<br>Suite 400<br>Panama City, FL 32401-6357 |
| Katherine C Kerwin +<br>DOJ-USAO<br>111 North Adams Street<br>Ste 4th Floor<br>Tallahassee, FL 32301-7730 | Adisley Cortez-Rodriguez +<br>Office of the U.S. Trustee<br>110 East Park Avenue<br>Ste 128<br>Tallahassee, FL 32301-7728 | Kathleen L DiSanto +<br>Bush Ross, P.A.<br>PO Box 3913<br>Tampa, FL 33601-3913 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| United States Attorney's Office<br>111 North Adams Street<br>4th Floor<br>Tallahassee, FL 32301-7730 | *Sunbelt Rentals<br>2341 Deerfield Dr.<br>Fort Mill, SC 29715 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Glass Ventures, Inc<br>2513 Jenks Ave.<br>Panama City, FL 32405-4309 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                  39 |