IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

                                    Case No. 25-bk-10051-KKS

                                    Chapter 11

CENRAL FLORIDA CONSTRUCTION GROUP,
INC.,

      Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

The undersigned hereby files this Notice of Appearance as counsel for Ohio Casualty Insurance Company ("OCIC"), and hereby requests that copies of all future pleadings and notices which OCIC is entitled to receive be sent to the undersigned:

BRETT D. DIVERS, ESQ.
Paskert Divers Thompson
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Telephone: (813) 229-3500
bdivers@pdtlegal.com
pbjelke@pdtlegal.com

This Notice of Appearance and Request for Service is submitted for the limited purpose of receiving copies of all notices, pleadings, judgments, and orders in this case.

                                    *s/ Brett D. Divers*
                                    BRETT D. DIVERS
                                    Florida Bar No. 973246
                                    bdivers@pdtlegal.com
                                    PASKERT DIVERS THOMPSON
                                    100 North Tampa St., Suite 3700
                                    Tampa, FL  33602
                                    (813) 229-3500 - Telephone

                                    *Counsel for Ohio Casualty Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF and served to all registered CM/ECF recipients.

*s/ Brett D. Divers*
Attorney