FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re: Central Florida Construction Group, Inc.
Tax ID: 82–0724771
Debtor

Bankruptcy Case No.: 25–10051–KKS

Chapter: 11 Subchapter V
Judge: Karen K. Specie

---

**Notice of Preliminary Hearing**

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on May 14, 2025, at 11:00 AM, *Eastern Time*, via ZOOM.

*46* – Motion to Dismiss Case or Convert pursuant to 11 U.S.C. 1112(b) and Certificate of Service
Filed by Adisley Cortez–Rodriguez on behalf of United States Trustee (Cortez–Rodriguez, Adisley)

Dated: April 23, 2025

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Service by the Court pursuant to applicable Rules.

**Zoom Participation Instructions:**
Parties who wish to ACTIVELY participate in this proceeding MUST: (1) Register through the Court's website at http://www.flnb.uscourts.gov/zoom (2) Dress in appropriate attire; (3) Mute their microphone when not speaking; and (4) Participate from a quiet location. Parties who wish to listen only, not actively participate, or do not have video capability may appear telephonically via Zoom (registration required as noted above). *Zoom participants must register as soon as possible for emergency/expedited hearings, if applicable.*