UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                                                  Case No: 25-10051-KKS
                                                                        Chapter 11, Subchapter V

CENTRAL FLORIDA CONSTRUCTION
GROUP, INC.,

        Debtor.
_____/

## CORRECTIVE CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2025, I electronically filed a true and correct copy of *Notice of Filing Billing Statement of Subchapter V Trustee* (Doc. No. 54), with the Clerk of the United States Bankruptcy Court for the Northern District of Florida by using the CM/ECF system, and a copy of the foregoing document(s) was furnished to the following parties as reflected on the Notice of Electronic Filing attached hereto:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

United States Trustee (USTPRegion21.TL.ECF@usdoj.gov)
Adisley Cortez-Rodriguez, Esq. (adisley.m.cortez-rodriguez@usdoj.gov)
Justin M. Luna, Esq. (bknotice@lseblaw.com; jluna@lathamluna.com; ataylor@lathamluna.com; dvelasquez@lathamluna.com; bknotice1@lathamluna.com)
Brett D. Divers, Esq. (bdivers@pdtlegal.com; pbjelke@pdtlegal.com)
Michael Austen Wynn, Esq. (michael@wynnlaw-fl.com; wynn.michaelr88702@notify.bestcase.com; katrina@wynnlaw-fl.com; heather@burgwynn.com)
Katherine C. Kerwin, Esq. (katherine.kerwin@usdoj.gov; marsha.s.francis@usdoj.gov; caseview.ecf@usdoj.gov; Kristina.Bennett@usdoj.gov; yvonne.kitchens@usdoj.gov
Jason B. Burnett, Esq. (jason.burnett@gray-robinson.com;ken.jacobs@gray-robinson.com; kim.miller@gray-robinson.com)

Dated: May 16, 2025
       Tampa, Florida

                                            By: */s/ Kathleen L. DiSanto*
                                                 Kathleen L. DiSanto
                                                 Post Office Box 3913
                                                 Tampa, Florida  33601-3913
                                                 (813) 224-9255 (telephone)
                                                 (813) 223-9620 (fax)
                                                 *disanto.trustee@bushross.com*

```
MIME-Version:1.0
From:BKECF@flnb.uscourts.gov
To:FLNB_ECF_CourtMail@localhost.localdomain
Bcc: Marsha.S.Francis@usdoj.gov, caseview.ecf@usdoj.gov, Kristina.Bennett@usdoj.gov, yvonne.kitchens@usdoj.gov, adisley.m.cortez-rodriguez@usdoj.gov, bdiver
Do not notice for BK case:

Message-Id:<9077775@flnb.uscourts.gov>
Subject:25-10051-KKS Notice of Filing
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Northern District of Florida

Notice of Electronic Filing

The following transaction was received from Kathleen L DiSanto entered on 5/14/2025 at 5:30 PM EDT and filed on 5/14/2025
**Case Name:**          Central Florida Construction Group, Inc.
**Case Number:**     25-10051-KKS
**Document Number:** 54

**Docket Text:**
Notice of Filing *Billing Statement of Subchapter V Trustee* Filed by Kathleen L DiSanto on behalf of Kathleen L DiSanto. (DiSanto, Kathleen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Central Florida Construction Group - Notice of Filing FINAL.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1042227419 [Date=5/14/2025] [FileNumber=9077773-0
] [0096de8417d154900669e1bceae7395fd0a82c1364acd6f82cbc48cb22945e4ba74
f33c74139069720cf084da28c0e1bec37ece3c367d1feea416f01ae23950c]]

**25-10051-KKS Notice will be electronically mailed to:**

Jason B. Burnett on behalf of Creditor ESA South, Inc.
jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com

Adisley Cortez-Rodriguez on behalf of U.S. Trustee United States Trustee
adisley.m.cortez-rodriguez@usdoj.gov

Kathleen L DiSanto
disanto.trustee@bushross.com, kdisanto@bushross.com;bankruptcy.eservice@bushross.com;ecf.alert+disantoflnb@titlexi.com;kdisanto@ecf.courtdrive.com

Brett D. Divers on behalf of Creditor The Ohio Casualty Insurance Company
bdivers@pdtlegal.com, pbjelke@pdtlegal.com

Katherine C Kerwin on behalf of Creditor United States Small Business Administration
katherine.kerwin@usdoj.gov, Marsha.S.Francis@usdoj.gov;caseview.ecf@usdoj.gov;Kristina.Bennett@usdoj.gov;yvonne.kitchens@usdoj.gov

Justin M. Luna on behalf of Debtor Central Florida Construction Group, Inc.
bknotice@lseblaw.com, jluna@lathamluna.com;ataylor@lathamluna.com;dvelasquez@lathamluna.com;bknotice1@lathamluna.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Michael Austen Wynn on behalf of Creditor Glass Ventures, Inc.
michael@wynnlaw-fl.com, wynn.michaelr88702@notify.bestcase.com;katrina@wynnlaw-fl.com;heather@burgwynn.com

**25-10051-KKS Notice will not be electronically mailed to:**