UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

Central Florida Construction Group, Inc.,    CASE NO. 25-10051-KKS
                                              CHAPTER 11
                Debtor.
_____/

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE [ECF NO. 46]

THIS MATTER came before the Court on May 14, 2025, upon the United States Trustee's Motion to Dismiss or Convert Case (the "Motion") [ECF No. 46], The Court, hearing arguments from counsel, finding that dismissal is in the best interest of the estate, and as further stated on the record,

It is ORDERED:

1. The Motion is GRANTED.

2. This case is DISMISSED.

3. The Debtor shall pay all outstanding United States Trustee and Subchapter V Trustee fees within 21 days of the entry of this Order.

4. This Court shall retain jurisdiction to enforce the provisions of this Order.

**DONE AND ORDERED** on  May 20, 2025                .

_____
KAREN K. SPECIE
Chief United States Bankruptcy Judge

Order Prepared by:  Adisley M. Cortez-Rodriguez Esq.